UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JULIE WILLIAMS, et al.<br><br>Plaintiff and Relators,<br><br>vs.<br><br>RENAL CARE GROUP, and RENAL<br>CARE GROUP SUPPLY COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:05-CV-00985-DJS<br>)<br>)<br>)<br>)<br>) |

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the Relators' Complaint filed on June 21, 2005, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the United States file and serve its Complaint In Intervention upon defendants, together with this Order, within thirty (30) days;

3. all other papers or Orders on file in this matter shall remain under seal;

4. the seal be lifted on all other matters occurring in this action after the date of this Order;

5. all orders of this Court shall be sent to the United States.

IT IS SO ORDERED,

This __16TH__ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE