IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIE WILLIAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:09-0738 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| RENAL CARE GROUP, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Defendant's motion for stay of execution of judgment pending appeal (Docket Entry No. 269). The motion is unopposed and with the letter of credit is **GRANTED** to stay execution of judgment pending completion of all appeals.

It is so **ORDERED**.

**ENTERED** this the 28th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge