IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JULIE WILLIAMS, *et al.*, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | NO. 3:09-738<br>JUDGE HAYNES |
| v. | )<br>) | |
| RENAL CARE GROUP, *et al.*, | )<br>) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the United States's motion for an indicative ruling (Docket Entry No. 270) is **GRANTED**. The Court's Order granting summary judgment (Docket Entry No. 264) is clarified for the reasons set forth in the accompanying Memorandum. Defendants' motion for leave to file a surreply (Docket Entry No. 279) is **DENIED as moot**.

It is so **ORDERED**.

**ENTERED** this the 22nd day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge