UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JULIE WILLIAMS, et al.<br><br>Plaintiff,<br><br>v.<br><br>RENAL CARE GROUP, et al.<br><br>Defendants. | Case No. 3:09-CV-738<br>JUDGE HAYNES |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, the United States of America, pursuant to Local Rule 7.01(b), respectfully seeks leave to file a reply memorandum in support of its second motion for partial summary judgment that is attached to this motion as exhibit 1. Defendants' opposition brief (Docket #289) was twenty five pages long and contains new arguments and evidence not addressed in plaintiff's second motion for summary judgment. Granting leave to file this reply brief will enable the United States to provide the Court with legal authority regarding these issues.

Wherefore, the United States respectfully requests leave to file the reply brief attached hereto, plus such other and further relief as the Court deems just and proper.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: /s Lisa S. Rivera
LISA S. RIVERA, BPR#024843
Assistant U.S. Attorney
110 9th Avenue South, Ste. A-961
Nashville, TN 37203
Telephone: 615-736-5151