IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* JULIE WILLIAMS, *et al.*, | ) | |
| | ) | NO. 3:09-00738 |
| Plaintiffs | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| RENAL CARE GROUP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the United States's motion for partial summary judgment (Docket Entry No. 284) is **GRANTED** and the Defendants' motion to reconsider (Docket Entry No. 288) is **GRANTED** in part and **DENIED** in part. The Court **REAFFIRMS** its earlier findings of fact and conclusions of law to award summary judgment to the United States on all of its claims against the Defendants under 31 U.S.C. § 3192(e). The United States is **AWARDED** $82,642,592 on Count one of its amended complaint that represents $38,873,592 in treble damages and $43,769,000 in civil penalties. The United States is also **AWARDED** its costs in this action.

Absent a notice by the United States to seek higher damages within ten (10) days of entry of this Order, this is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 25th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge